**FILED**
CLERK, U.S. DISTRICT COURT

6/17/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MMC_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>WRACKKIE QUIOGUE,<br><br>            Defendant. | CR  2:25-CR-00491-AH<br><br>I N D I C T M E N T<br><br>[26 U.S.C. § 5861(d): Possession of an Unregistered Destructive Device] |

The Grand Jury charges:

[26 U.S.C. § 5861(d)]

On or about June 8, 2025, in Los Angeles County, within the Central District of California, defendant WRACKKIE QUIOGUE knowingly possessed a firearm, namely, a destructive device, as defined in Title 26, United States Code, Sections 5845(a)(8), (f)(1), and (f)(3), commonly known as a "Molotov cocktail," which defendant QUIOGUE knew to be a destructive device, and which had not been

//

//

1  registered to defendant QUIOGUE in the National Firearms Registration

2  and Transfer Record as required by Title 26, United States Code,

3  Chapter 53.

4

5                                        A TRUE BILL

6

7                                        /S/
                                         _____
8                                        Foreperson

9  BILAL A. ESSAYLI
   United States Attorney
10

11 [signature]

12 DAVID T. RYAN
   Assistant United States Attorney
13 Chief, National Security Division

14 IAN V. YANNIELLO
   Assistant United States Attorney
15 Chief, Terrorism and Export Crimes Section

16 DAVID C. LACHMAN
   Assistant United States Attorney
17 Terrorism and Export Crimes Section

18

19

20

21

22

23

24

25

26

27

28

2